**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ANTHONY J. CIANO,

    Plaintiff,

v.                                 Case No. 3:06cv508/MCR/EMT

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

    Pursuant to the Court's December 7, 2007, Order directing the parties to file a status report regarding compliance with court ordered mediation, the parties have filed a stipulation for dismissal with prejudice. (Doc. 15). Accordingly, the above-entitled action is **DISMISSED** with prejudice. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 20th day of December, 2007.


                                                  *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**